**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintff, | ) |
| | ) |
| vs. | ) Case No. 4:21 CR 0365 RLW/JMB |
| | ) |
| **WAYNE D. LOZIER, Jr.** and | ) |
| **JODY L. SULLIVAN** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS LOZIER AND SULLIVAN'S MOTION TO DISMISS THE INDICTMENT**

**NOW INTO COURT**, come defendants, Wayne D. Lozier, Jr. and Jody L. Sullivan, by and through counsel, and move this Honorable Court to dismiss the indictment [ECF No. 35] for failure to state an offense pursuant to Fed. R. Crim. P. 12(b)(3)(B)(v) and for the reasons set forth in the accompanying memorandum in support of this motion.

Respectfully submitted,

/s Ralph S Whalen, Jr.
Ralph S. Whalen, Jr.
Bar No. 8319
2950 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 525-1600
Fax (504)525-1606
ralphswhalen@ralphswhalen.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            s/Ralph S. Whalen, Jr.  
                                            Ralph S. Whalen, Jr.