

# Louisiana Department of Insurance
## James J. Donelon
## Commissioner

Run: 06/24/2021 1:33 PM

# VERIFICATION OF LICENSE STATUS

| | |
|---|---|
| **License Number:** | 621952 |
| **Name:** | Wayne D Lozier Jr |
| **NPN:** | 17293205 |
| **Mailing Address:** | 345 Sugarpine Dr. Gretna, LA 70056 |
| **Business Phone:** | (504) 458-4406 |
| **Trade Name(s):** | |
| **Residency:** | Resident |

## Lines of Authority

| Producer | | | |
|---|---|---|---|
| **Authority** | **Effective Date** | **Valid Through** | **Status** |
| Bail Bond | 06/13/2014 | 11/30/2022 | Active |

## Company Appointments

| Name | NAIC # | Lines | Issue Date | Status | Inactive Date |
|---|---|---|---|---|---|
| ALLEGHENY CASUALTY COMPANY | 13285 | Property and Casualty | 01/01/2021 | Active | 12/31/2021 |
| BANKERS INSURANCE COMPANY | 33162 | Property and Casualty | 01/01/2021 | Active | 12/31/2021 |
| Continental Heritage Insurance Company | 39551 | Property and Casualty | 01/01/2021 | Active | 12/31/2021 |
| INTERNATIONAL FIDELITY INSURANCE COMPANY | 11592 | Property and Casualty | 01/01/2021 | Active | 12/31/2021 |
| Palmetto Surety Corporation | 13121 | Property and Casualty | 01/05/2021 | Active | 12/31/2021 |

## Affiliations

| Name | Position | Effective Date |
|---|---|---|
| A Affordable Bail Bonds of Gretna, LLC | Producer | 12/01/2014 |
| BATISTE BAIL BONDS LLC (License Lapsed) | Employee | 05/31/2018 |
| BAYOU BOYZ BAIL BONDS | Producer | 10/30/2018 |
| BAYOU BOYZ FUGITIVE RECOVERY LLC | Producer | 06/26/2018 |
| Statewide Bail Bonds LLC | Employee | 08/01/2020 |