

**Louisiana Department of Insurance**
**James J. Donelon**
**Commissioner**

Run: 06/24/2021 1:39 PM

# VERIFICATION OF LICENSE STATUS

| | |
|---|---|
| License Number: | 663522 |
| Name: | Jody Loga Sullivan |
| NPN: | 17680601 |
| Mailing Address: | 345 Sugarpine Drive<br>Gretna, LA 70056 |
| Business Phone: | (504) 491-6444 |
| Trade Name(s): | |
| Residency: | Resident |

## Lines of Authority

| Producer | | | |
|---|---|---|---|
| Authority | Effective Date | Valid Through | Status |
| Bail Bond | 08/07/2015 | 05/31/2022 | Active |

## Company Appointments

| Name | NAIC # | Lines | Issue Date | Status | Inactive Date |
|---|---|---|---|---|---|
| Palmetto Surety Corporation | 13121 | Property and Casualty | 01/05/2021 | Active | 12/31/2021 |
| Roche Surety and Casualty Company, Inc. | 42706 | Property and Casualty | 01/01/2021 | Active | 12/31/2021 |

## Affiliations

| Name | Position | Effective Date |
|---|---|---|
| A Affordable Bail Bonds of Gretna, LLC | Producer | 12/01/2014 |
| BAYOU BOYZ BAIL BONDS | Producer | 11/04/2020 |
| JODY'S BAIL BONDS LLC | Producer | 11/27/2015 |
| Statewide Bail Bonds LLC | Employee | |