## AGREEMENT AND TERMS OF BOND

1. A AFFORDABLE BAIL BONDS OF GRETNA, LLC., AS BAIL, shall have control and jurisdiction over the principle during the term of the bond, and shall have the right to <u>apprehend, arrest, and surrender</u> the principle to the proper officials at any time as provided by the law. The principle hereby waives all rights to <u>extradition</u> should he or she leave the state of Louisiana.

2. It is understood and agreed that the happening of any of the following events shall constitute a breach of the principle's obligations to A AFFORDABLE BAIL BONDS OF GRETNA LLC.
   (a) If the principle leaves the jurisdiction of the court without the consent of A Affordable Bail Bonds of Gretna, LLC. and the court.
   (b) If the principal changes addresses without first notifying A Affordable Bail Bonds of Gretna, LLC.
   (c) If the principal commits any act that constitutes reasonable evidence that the principal intends to cause a forfeiture of said bond.
   (d) If the principal or indemnitor makes any false statement in the application.
   (e) If the principal becomes incarcerated while under this bond and posts bond with another bonding company.
   (f) Signature of the principal is evidence of his or her agreement that all monies paid for the posting of said bond are irrevocable.
   (g) That the principal and cosigner have read this contract, note, and agree to all terms of it.

_____     _____
Defendant                            Indemnitor

## PRIVACY ACT WAIVER

The Defendant hereby authorized and directs his/her relatives. Employers, bankers, the Federal Social Security Administration, the Internal Revenue, The State Department Disability Insurance, The united States Armed Forces, the State Division of Motor Vehicle, all Municipal, Parish, State and Federal Law Enforcement Agencies, and any other person or organization having any information concerning the defendant's history or whereabouts, credit, criminal, or driving history or other sources of information which is permissible by all governing laws pertaining to employment, insurance, or credit history, to give such information to A Affordable Bail Bonds of Gretna, LLC and/or duly authorized representatives. The defendant understands that any information obtained will be used for the purpose of securing his or her appearance, reimbursement for any expenses in his/her rights with respect to the Privacy Act and authorizes the use of copies of this document by A Affordable Bail Bonds of Gretna, LLC and/or its authorized representatives.

Name: _____
         Last               First                Middle

Date of Birth ____/____/____   Social Security #: ____-____-_____

Current Address: _____
Defendant
Signature: _____   Date: ____/____/____

Signature: _____   Date: ____/____/____
Cosign

## EXTRADITION WAIVER

DATE: _____

I _____, have been duly informed of my rights to demand and secure legal counsel to test the legality of my arrest through habeas corpus proceedings and to the issue of service of a warrant of extradition do hereby voluntarily and of my own free will, without any threats, promises undue influence, or coercion of any kind or nature, waive my right to extradition from any state in the United States of America, to return to the State of Louisiana, Parish of _____ in custody of officers or bondsmen of the State and Parish to answer to the charges of _____ which has been or will filed against me in that jurisdiction.

I HAVE FULLY READ, UNDERSTAND, AND AGREE TO ALL TERMS AND STIPULATIONS STATED IN THIS DOCUMENT.

DEFENDANT: _____

INDEMNITOR: _____