**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:21-CR-365 RLW |
| v. ) | |
| ) | |
| WAYNE D. LOZIER, JR., and ) | |
| JODY L. SULLIVAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge John M. Bodenhausen. On August 26, 2022, Judge Bodenhausen issued an Order, Report, and Recommendation of United States Magistrate Judge (ECF No. 75), which denied Defendants Lozier and Sullivan's Motion for a Bill of Particulars (ECF No. 62) and recommended that Defendants' Motion to Dismiss the Indictment (ECF No. 61) be denied.

No objections were filed to the Magistrate Judge's Report, Order, and Recommendation, and the time to do so has passed.

The Court has carefully and independently reviewed the full record, including the Superseding Indictment, Defendants' Motions and all briefing thereon, and listened to a recording of the hearing conducted by the Magistrate Judge on August 11, 2022. Having done so, the Court is in full agreement with the stated rationale of the Magistrate Judge's recommendation, and will adopt the same.

Accordingly, after de novo review,

**IT IS HEREBY ORDERED** that the Order, Report, and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein.   [ECF No. 75]

**IT IS FURTHER ORDERED** that Defendants' Lozier and Sullivan's Motion to Dismiss the Indictment is **DENIED**.   [ECF No. 61]

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of September, 2022.

2